Francia V. AGUILAR, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7123.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2004.

### ORDER

LINN, Circuit Judge.

The Secretary of Veterans Affairs moves without opposition to waive the requirements of Fed. Cir. R. 27(f) and remand this appeal from *Aguilar v. Principi*, 18 Vet.App. 496 (Vet.App.2004), to the United States Court of Appeals for Veterans Claims for further proceedings in light of this court's recent decision in *Brandenburg v. Principi*, 371 F.3d 1362 (Fed.Cir. 2004).

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.